UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.: 21CR1974-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING DATE |
| FERNANDO BENITEZ-VALDEZ, | |
| Defendant. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently set for September 17, 2021 at 1:30 p.m., be continued to October 15, 2021 at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: September 3, 2021

Hon. Janis L. Sammartino
United States District Judge